# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALISA APPS, | Case No. 2:16-cv-01132-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| UNIVERSAL MUSIC GROUP, INC., et al., | (Docket No. 15) |
| Defendant(s). | |

Pending before the Court is a discovery plan, Docket No. 15, which is hereby DENIED. The discovery plan does not include the certifications required by Local Rule 26-1(b)(7) and (8), nor is it in the form required by Local Rule 26-1(b)(10). Additionally, it has not been filed in compliance with Local Rule IC 5-1(a) and (b). The parties shall file a proper discovery plan, in the proper manner, no later than September 16, 2016.

IT IS SO ORDERED.

DATED: September 13, 2016

NANCY J. KOPPE
United States Magistrate Judge