# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Alisa Apps

Plaintiff,

v.

Universal Music Group, Inc., et al.

Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01132-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of UMGI for Attorney's Fees in the amount of $41,955.00 and $946.23 in costs for a grand total of $42,901.23.

April 27, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk